No. 62. AMERICAN HIDE & LEATHER CO. *v.* UNITED STATES. January 25, 1932. The opinion in this cause (*ante,* p. 343) is hereby amended by adding at the conclusion thereof the following paragraph:

" The amounts of the tax computed by the commissioner and the amount of the overpayment as stated in this opinion are those shown by the findings of the Court of Claims, but the mandate of this Court will be without prejudice to any restatement of the amount of overpayment based on a recomputation of the tax."